UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE NETTLES, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>              Plaintiff,<br><br>   v.<br><br>PARAMEDICS LOGISTICS OPERATING COMPANY, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No. 3:21-cv-08895 MMC<br><br>[~~PROPOSED~~] ORDER DISMISSING COMPLAINT<br><br>Judge:   Hon. Maxine M. Chesney<br>Ctrm:    7, 19th Floor |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

[PROPOSED] ORDER DISMISSING COMPLAINT

**[PROPOSED] ORDER**

Having considered the February 18, 2022 Joint Stipulation to Dismiss Plaintiff's Complaint ("Joint Stipulation") between the Parties, and good cause appearing, the Court hereby **ORDERS** the following:

1. The Complaint filed by Simone Nettles ("Plaintiff") is dismissed in its entirety.

3. Plaintiff's individual claims brought under the Private Attorneys General Act ("PAGA") as a PAGA representative are dismissed with prejudice.

4. Plaintiff's representative claims under PAGA brought on behalf of all other alleged "aggrieved employees" are dismissed without prejudice.

5. Each Party shall bear its own attorneys' fees and costs with respect to the dismissal of this matter.

**IT IS SO ORDERED.**

Dated: February 22, 2022

HON. MAXINE M. CHESNEY
JUDGE OF THE U.S. DISTRICT COURT

4877-5217-4095.1 / 106391-1005

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

2   [PROPOSED] ORDER DISMISSING COMPLAINT